JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYLAR FEINBERG, an Individual; ANDY GREENE, an Individual;<br><br>   Plaintiffs,<br><br>   v.<br><br>PHYLLIS BROURMAN AND STEVEN N. BROURMAN, SUCCESSOR CO-TRUSTEES OF THE HAROLD BROURMAN AND PHYLLIS BROURMAN INTER-VIVOS TRUST DATED AUGUST 15, 1990, AS AMENDED; and PHYLLIS BROURMAN, STEVEN N. BROURMAN, AND KATHRYN SCHELLENBERG BELL, TRUSTEES OF THE SURVIVOR'S TRUST CREATED UNDER THE HAROLD BROURMAN AND PHYLISS BROURMAN INTER-VIVOS TRUST DATED AUGUST 15, 1990, AS AMENDED; and DOES 1 through 10, Inclusive,<br><br>   Defendants | No. 2:22cv06068-RGK-MAR<br><br>[PROPOSED] ORDER   [60]<br><br>_____ |

After considering the Stipulation for Dismissal filed herein, IT IS HEREBY ORDERED THAT:

The complaint filed by Plaintiffs Skylar Feinberg and Andy Greene in this matter is hereby dismissed with prejudice as to all Defendants, with each party bearing their own costs and attorney's fees.

All pending dates are vacated. The Clerk shall close this action.

**IT IS SO ORDERED**

Dated: 8/2/2023

*Gary Klausner*
United States District Court Judge